

# Fourth Court of Appeals
## San Antonio, Texas

December 19, 2014

No. 04-14-00246-CR

Destyn David **FREDERICK**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 11-09-00041-CRL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

    Appellant's brief was originally due July 16, 2014, almost six months ago. On December 5, 2014, we ordered the trial court to conduct a hearing to determine whether appellant is receiving effective assistance of counsel and whether the appointment of new counsel is needed. Supplemental clerk's and reporter's records have now been filed, reflecting that the trial court has appointed new counsel to represent appellant. We REINSTATE the appeal and ORDER appellant to file his brief on or before **January 19, 2015**.

_____
Karen Angelini, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court